No. —, original. Ex PARTE CHARLES A. STUTZMAN. November 21, 1927. *Per Curiam.* The motions of *Mr. Charles A. Stutzman* for leave to file a petition for *habeas corpus* in this case and to proceed *in forma pauperis* therein are both denied for the reason that the Court, upon examination of the unprinted petition, and papers accompanying it, finds that there are no grounds upon which the writ of *habeas corpus* can be issued. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926.

———

No. 490. MOLLIE TIGER AND BABY CUMSEY, BY C. L. GARBER, ET AL. *v.* F. S. LOZIER ET AL. On petition for writ of certiorari to the Supreme Court of the State of Oklahoma. November 21, 1927. *Per Curiam.* The petition for certiorari is denied for the reason that the petitioner has failed to comply with section 2 of Rule 35 of the Supreme Court which provides that the " petition shall contain only a summary and short statement of the matter involved and the reasons relied upon for the issuance of the writ," and that the supporting brief must be direct and concise.

The petition for certiorari filed in this case contains no concise statement of the facts, is sixty-six pages long, and purports to set forth forty-seven " Federal Questions Arising in This Case." The petitioner's brief, of seventy-two pages, is prefaced by some twenty pages of " General Propositions of Law," and followed by an appendix of two hundred and ten pages of excerpts from the record. *Mr. Lewis C. Lawson* for petitioners. *Messrs. George S. Ramsey, Alvin Richards* and *John M. Chick* for respondents.